UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

```
P & O NEDLLOYD, LTD., et al.,      *
                                   *
       Plaintiffs,                 *      Civil No. 05-1786 (JAF)
                                   *
       v.                          *
                                   *
PLAZA PUERTO RICO MANAGEMENT,      *
INC., and ROAD RUNNER SCOOTER,     *
INC.,                              *
                                   *
       Defendants.                 *
                                   *
----------------------------------*
```

**JUDGMENT BY DEFAULT**

The default of defendants Plaza Puerto Rico Management, Inc., and Road Runner Scooter, Inc., having been entered for failure to plead or otherwise defend, judgment is entered in favor of P & O Nedlloyd, Ltd., and Luis A. Ayala Colón, Sucrs., Inc., and against the mentioned defendants, in the amount of $25,541.00, plus prejudgment interest, costs, and $4,000.00 in attorney's fees.

This court has jurisdiction pursuant to 28 U.S.C. § 1333 and Fed. R. Civ. P. 9(h).

San Juan, Puerto Rico, this 23rd day of February, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
U. S. District Judge